# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DONALD BUTLER,                                                Civil No. 15-3816 (JRT/SER)

        Plaintiff,

v.                                                                                    **ORDER**

GRAND PRAIRIE POLICE
DEPARTMENT, et al,

        Defendants.

Donald Butler, 653 Dale Street North, Saint Paul, MN 55103, *pro se* plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated October 23, 2015 [Docket No. 3]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Donald Butler's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is **DENIED** and this action is summarily **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 18, 2015
at Minneapolis, Minnesota                    s/John R. Tunheim
                                       JOHN R. TUNHEIM
                                         Chief Judge
                                       U.S. District Court